**Granted.**
12:18 PM, Oct 30, 2020

Karen L. Litkovitz
United States Magistrate Judge

IN THE UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
OHIO

| | | |
|---|---|---|
| Chinedum Ndukwe, et al. | : | Case No. 1:20-cv-00790 |
| | : | |
| Plaintiffs, | : | JUDGE MATTHEW W. MCFARLAND |
| | : | |
| | : | MAGISTRATE JUDGE KAREN L. LITKOVITZ |
| vs. | : | |
| | : | |
| James L. Walker, et al. | : | MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION AND FOR ATTORNEYS' FEES AND COSTS IN EXCESS OF TWENTY (20) PAGES |
| Defendants. | : | |

Plaintiffs, Chinedum Ndukwe and Kingsley Consulting, LLC ("Plaintiffs"), through counsel, pursuant to S.D. Ohio Local R. 7.2(a)(3), respectfully request leave to file Plaintiffs' Motion To Remand For Lack Of Subject Matter Jurisdiction And For Attorneys' Fees and Costs ("Motion To Remand") in excess of twenty (20) pages. The Motion is supported by S.D. Ohio Local R. 7.2(a)(3) and the within memorandum. (Proposed Order attached hereto).

Respectfully submitted,

/s/ John L. O'Shea
John L. O'Shea (0042291)
Jill T. O'Shea (0034692)
COHEN, TODD, KITE & STANFORD, LLC
250 East Fifth Street, Suite 2350
Cincinnati, Ohio 45202
PH: 513-421-4020
Fax: 513-241-4490
E-mail: joshea@ctks.com
jilloshea@ctks.com