# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| CHINEDUM NDUKWE, et al., | : | Case No. 1:20-cv-790 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| JAMES L. WALKER, JR., et al., | : | |
| | : | |
| Defendants. | : | |

---

### ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 42), REMANDING CASE TO HAMILTON COUNTY COURT OF COMMON PLEAS, AND TERMINATING CASE

---

This action is before the Court upon the Report and Recommendation (Doc. 42) entered by United States Chief Magistrate Judge Karen L. Litkovitz. As no objection has been filed and the time to do so has expired, the Court **ADOPTS** the Report and Recommendation in its entirety and hereby rules as follows:

1. Plaintiffs' motion to remand this matter to the Hamilton County Court of Common Pleas (Doc. 30) is **GRANTED**, Plaintiffs' request for attorneys and costs is **DENIED**, and this matter is **REMANDED** to the Hamilton County Court of Common Pleas pursuant to 28 U.S.C § 1447(c).

2. The parties' remaining motions are **TERMINATED** on the Court's docket:

   - Plaintiffs' motion for protective order (Doc. 3)

   - Plaintiffs' motion to amend/correct complaint (Doc. 4)

   - Plaintiff's motion to consolidate this case with a case pending in the Hamilton County Court of Common Pleas (Doc. 5)

   - The Walker defendants' renewed motion to dismiss the

complaint (Doc. 6)

- Defendants' motion for a protective order (Doc. 9)

- Defendants' motion to defer a ruling on the motion to consolidate (Doc. 10)

- The Walker defendants' motion to dismiss the amended complaint for lack of jurisdiction (Doc. 18)

- Plaintiffs' original motion to remand this matter to state court (Doc. 23)

- Plaintiffs' motion to expedite consideration of the original motion to remand (Doc. 25)

- Plaintiffs' motion for an extension of time to respond to the Walker defendants' motion to dismiss (Doc. 26)

- Defendants' motion to strike the original motion to remand (Doc. 27).

**IT IS SO ORDERED.**

                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF OHIO

By: _____
       JUDGE MATTHEW W. McFARLAND